UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:24CR489 MTS/SPM |
| SIDARTH "SID" CHAKRAVERTY, VICTOR ALSTON, and SHIJING "POPPY" CAO, | ) ) ) ) ) |
| Defendants. | ) ) |

**UNITED STATES' MOTION FOR CONTINUANCE OF STATUS HEARING**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Sayler A. Fleming, and Assistant United States Attorney for said District, Hal Goldsmith, and for its motion for continuance of status hearing, states to this Honorable Court as follows:

1. On February 12, 2025, this Court scheduled a February 26, 2025 Status Hearing in this case in order to take up several issues, including setting pretrial motion deadlines and any other pending issues.

2. As this Court knows, undersigned counsel has represented the United States throughout the federal law enforcement investigation which led to the Grand Jury's Indictment in this matter, and is currently counsel for the United States in this pending case.

3. The undersigned counsel was scheduled to represent the United States as co-counsel in the trial of *United States v. Antonio Dixson*, 4:21 CR 54 AGF, beginning Tuesday, February 18, 2025. However, this morning, due to severe inclement weather, the Court rescheduled trial to begin Monday, February 24, 2025, with trial anticipated to last 3 – 4 days.

That case has a long and tortured history of trial continuances, and the undersigned believes that it will proceed to trial as scheduled for February 24, 2025.  Further, the Defendant has indicated that he desires a trial, and will not be entering a guilty plea.

4. The United States requests that this Court continue the February 26, 2025 Status Hearing to a date no earlier than February 28, 2025.

5. The United States' request for this brief continuance is not to cause undue delay in this case, but solely to ensure that the Court has all the necessary information and evidence before it in making its decisions on the pending issues.  The United States suggests that the ends of justice require such a brief continuance from the currently scheduled Status Hearing.

WHEREFORE, the United States of America respectfully moves for a continuance of the currently scheduled Status Hearing to a date no earlier than February 28, 2025.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

*s/Hal Goldsmith*
HAL GOLDSMITH, #32984MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri  63102

## CERTIFICATE OF SERVICE

I certify that on February 18, 2025, a copy of the foregoing was filed in the ECF system.

*s/Hal Goldsmith*
HAL GOLDSMITH, #32984MO

2