UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:24-cr-00489-MTS-SPM |
| v. | ) |
| | ) |
| SIDARTH CHAKRAVERTY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ENTRY OF APPEARANCE**

COMES NOW Jeffrey B. Jensen and hereby enters his appearance as retained counsel on behalf of defendant, Victor Alston, in the above-styled cause.

Respectfully submitted,

TORRIDON LAW PLLC

By:   */s/ Jeffrey B. Jensen*
JEFFREY B. JENSEN, No. 46745
Attorney for Defendant
801 Seventeenth Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 249-6900
jjensen@torridonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by the operation of the Court's electronic filing system.