UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:24CR00489 MTS/SPM |
| SIDARTH CHAKRAVERTY, VICTOR ALSTON, and SHIJING CAO, | ) |
| Defendants. | ) |

**ORDER**

To avoid any potential appearance of impropriety, Judge Matthew T. Schelp disqualifies himself from this case. Therefore, the case is being randomly reassigned to a different judge.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned to the Honorable Henry E. Autrey.

August 8, 2025          NATHAN M. GRAVES
Date                    CLERK OF COURT

                        By: /s/ Katie Spurgeon
                            Operations Manager

**In all future documents filed with the Court, please use the following case number: 4:24CR00489 HEA/SPM.**